UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

219 SOUTH DEARBORN STREET

CHICAGO, ILLINOIS 60604

THOMAS G. BRUTON

CLERK

OFFICE OF THE CLERK

Telephone: (312) 435-5698

May 19, 2016

All Counsel of Record
Murray I. Wellner, M.D., P.C. et al v. Stericycle, Inc.
USDC Northern Illinois Case No: 16 CV 5320
MDL 2455

Dear Counselor:

We hereby acknowledge receipt of the record, which was electronically transferred to our court from the USDC District of Connecticut, Murray I. Wellner, M.D., P.C. et al v. Stericycle, Inc., (3:16-cv-00657). **The case number assigned to the above case is 16 CV 5320. The assigned judge to the case is Honorable** Milton I. Shadur.

The purpose of this letter is to inform you that MDL Panel has ordered that the above-referenced case be transferred to the Northern District of Illinois, and the records received from this transfer indicate that you are an attorney of record. All future documents filed in this matter should reference the case number and judge assigned in the Northern District of Illinois.

For further information, please visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division to review the General Order regarding electronic filings, e-filing training , user manual and policies and procedures for registration as an efiler in this Court.

Sincerely yours,

Thomas G. Bruton, Clerk

/s/ Marsha E. Glenn, Deputy Clerk